CHARLES, Plaintiff in Error, vs. MITCHELL, Defendant in Error.

*Error to St. Louis Circuit Court.*

*C. C. Carroll*, for plaintiff in error.
*Comfort & Manter*, for defendant in error.

GAMBLE, Judge. No question of law was raised upon the trial below. The only exception taken to the action of the court was, to the overruling a motion for a new trial, because the finding was against the evidence and against the weight of evidence. This question we do not review. The judgment is affirmed.